IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01461-BNB

ERIC WEBB,

    Plaintiff,

v.

STERLING CORRECTIONAL OFFICER DELANEY,
STERLING CORRECTIONAL OFFICER WALRAVEN,
STERLING LIEUTENANT HARRIS,
STERLING SERGEANT LEONARD,
STERLING JOHN DOES I AND II,
FREMONT CORRECTIONAL OFFICER YARIAN,
FREMONT SERGEANT CASIAS,
FREMONT CORRECTIONAL OFFICER SHARP,
FREMONT CORRECTIONAL OFFICER STERLING,
FREMONT CORRECTIONAL OFFICER LOBATO,
FREMONT CORRECTIONAL OFFICER OWENS,
FREMONT JOHN DOES III,
TERRITORIAL SERGEANT SHEPARD,
TERRITORIAL SERGEANT WATSON,
TERRITORIAL SERGEANT GALLEGOS,
TERRITORIAL CORRECTIONAL OFFICER CODERO, and
TERRITORIAL JOHN DOES IV,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if applicable,

to a magistrate judge.

DATED May 27, 2014, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge