IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-01461-RBJ-CBS

ERIC WEBB,

    Plaintiff,

v.

STERLING CORRECTIONAL OFFICER DELANEY,
STERLING CORRECTIONAL OFFICER WALRAVEN,
STERLING LIEUTENANT HARRIS,
STERLING SEREANT LEONARD,
STERLING JOHN DOES I AND II,
FREMONT CORRECTIONAL OFFICER YARIAN,
FREMONT SEREANT CASIAS,
FREMONT CORRECTIONAL OFFICER SHARP,
FREMONT CORRECTIONAL OFFICER STERLING,
FREMONT CORRECTIONAL OFFICER LOBATO,
FREMONT CORRECTIONAL OFFICER OWENS,
FREMONT JOHN DOES III,
TERRITORIAL SERGEANT SHEPARD,
TERRITORIAL SERGEANT WATSON,
TERRITORIAL SERGEANT GALLEGOS,
TERRITORIAL CORRECTIONAL OFFICER CODERO, and
TERRITORIAL JOHN DOES IV,

    Defendants.

---

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

This matter has been scheduled for a **seven day jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **January 11, 2016 at 9:00 a.m.**

A Trial Preparation Conference is set for **December 17, 2015 at 1:30 p.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.  Proposed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least 48 hours in advance of the Trial Preparation Conference.

For additional information, please review my practice standards located at http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx.

DATED this 5th day of November, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge