IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01461-RBJ-CBS

ERIC WEBB,
    Plaintiff,
v.

STERLING CORRECTIONAL OFFICER DELANEY,
STERLING CORRECTIONAL OFFICER WALRAVEN,
STERLING LIEUTENANT HARRIS,
STERLING SERGEANT LEONARD,
STERLING JOHN DOES I and II,
FREMONT CORRECTIONAL OFFICER YARIAN,
FREMONT SERGEANT CASIAS,
FREMONT CORRECTIONAL OFFICER SHARP,
FREMONT CORRECTIONAL OFFICER STERLING,
FREMONT CORRECTIONAL OFFICER LOBATO,
FREMONT CORRECTIONAL OFFICER OWENS,
FREMONT JOHN DOES III,
TERRITORIAL SERGEANT SHEPARD,
TERRITORIAL SERGEANT WATSON,
TERRITORIAL SERGEANT GALLEGOS,
TERRITORIAL CORRECTIONAL OFFICER CODERO, and
TERRITORIAL JOHN DOES IV,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Defendants' "Unopposed Motion for Order to Depose Plaintiff Who Is Confined in Prison."  Pursuant to the Order Referring Case dated June 6, 2014 (Doc. # 6) and the memorandum dated September 4, 2015 (Doc. # 59), this matter was referred to the Magistrate Judge.  Defendants seek leave pursuant to Fed. R. Civ. P. 30(a)(2)(B) to depose Plaintiff, who is incarcerated.  Plaintiff

does not oppose the motion.   The court having reviewed Defendants' Motion, the entire case file, and the applicable law and being sufficiently advised in the premises,

IT IS ORDERED that Defendants' "Unopposed Motion for Order to Depose Plaintiff Who Is Confined in Prison" (filed September 4, 2015) (Doc. # 58) is GRANTED and Defendants may depose Plaintiff at a mutually convenient date and time at the facility where he is incarcerated.

DATED at Denver, Colorado, this 6th day of September, 2015.

BY THE COURT:

    s/Craig B. Shaffer    
United States Magistrate Judge