IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-1461-RBJ-CBS

ERIC WEBB,

    Plaintiff,

v.

STERLING CORRECTIONAL OFFICER DELANEY, and
STERLING CORRECTIONAL OFFICER WALRAVEN,

    Defendants.

## PROTECTIVE ORDER

This matter coming before the Court on the Unopposed Motion of Defendant Delaney for a Protective Order, and the Court being fully advised,

IT IS ORDERED:

1. This motion concerns a videotape of certain events at the Sterling Correctional facility on June 18, 2012, which relates to Plaintiff's claim against Defendant Delaney. The video was produced by the Defendant in November 2015 after the discovery deadline had passed because its availability was not previously known to Delaney's counsel and either party may choose to offer it as an exhibit at the trial scheduled to commence on January 11, 2016.

2. Defendant has shown good cause under Fed. R. Civ. P. 26(c) for limiting use of the videotape to the present case based on the security concerns of the correctional facility. Furthermore, counsel for the other parties do not object to this limitation.

3. Therefore, the videotape may be used in this case, subject to any ruling of the Court, but it shall not be disseminated or used in any other manner.

DATED this 3rd day of December, 2015.

BY THE COURT:

R. Brooke Jackson
United States District Judge