**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  14-cv-01461-RBJ-CBS

ERIC WEBB,

    Plaintiff,

v.

STERLING CORRECTIONAL OFFICER DELANY, et al,

    Defendant,

_____

**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF ERIC WEBB**
_____

    Plaintiff **Eric Webb, CDOC #83582,** is a necessary and material witness in his own five-day jury trial scheduled to take place before Judge R. Brooke Jackson on **January 11, 2016 at 9:00 a.m.** to be held in Courtroom A-902, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  Mr. Webb is currently confined at the Colorado Department of Corrections, Centennial Correctional Facility at Cañon City, Colorado.  In order to secure Mr. Webb's attendance at this trial, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue, ordering Mr. Webb's custodian to produce him at the United States District Court for the District of Colorado.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding the Warden of the Centennial Correctional Facility, and the Colorado Department of Corrections to produce inmate, **Eric Webb, CDOC #83582,** on January 11, 2016 at 9:00 a.m. for a five-day jury trial to be held in Courtroom A-902, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, until the completion of the proceeding or as ordered by the Court, and thereafter to return Mr. Webb to the Centennial Correctional Facility.

2. The custodian is further ordered to notify the Court of any change in the custody of Mr. Webb, and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: The Warden of Centennial Correctional Facility

YOU ARE ORDERED to produce inmate **Eric Webb, CDOC #83582,** on January 11, 2016 at 9:00 a.m. for a five-day jury trial to be held in Courtroom A-902, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado before the Judge R. Brooke Jackson, or until completion of this proceeding or as ordered by the Court, and thereafter return Mr. Webb to the Centennial Correctional Facility.

FURTHER, you have been ordered to notify the Court of any changes in the custody of Mr. Webb and to provide the new custodian with a copy of this writ.

Dated this 16th day of December, 2015.

BY THE COURT:

*Brooke Jackson*
_____

R. Brooke Jackson
United States District Court Judge