IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:  14-cv-01461-RBJ | Date:  April 14, 2016 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| ERIC WEBB  **Plaintiff** | Brice A. Tondre |
| v. | |
| STERLING CORRECTIONAL OFFICER DELANEY  STERLING CORRECTIONAL OFFICER WALRAVEN  **Defendants** | David R. DeMuro  Jennifer C. Madsen |

**COURTROOM MINUTES**

**TRIAL PREPARATION CONFERENCE**

Court in Session:  1:31 p.m.

Appearances of counsel.

Discussion held on disputed exhibits and witnesses.

**ORDERED:  Plaintiff to inform the defense prior to trial of specific exhibits that will be referred to during the telephone testimony of the orthopedic surgeon.**

**Witness Craig C. Jonas, M.D. is STRICKEN.**

**[100] Motion to Strike Dr. Susan Tiona as an Expert Witness is DENIED. Defense is to provide information as outlined on the record.**

Parties indicate trial will only take three (3) days.

Jury instructions reviewed and ruled upon as stated on the record.

Discussion held on jury verdict form.

Discussion held on trial practices.

Court in Recess:  2:58 p.m.          Hearing concluded.          Total time in Court:   01:27